UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 14-118 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| AARON SLOAN, ) | |
| ) | |
| Defendant. ) | |

Offense charged:   Assaulting, Resisting or Impeding Certain Officers or Employees in violation of Title 18, U.S.C. § 111(a)(1)

Date of Detention Hearing:   March 20 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with assaulting a federal officer of the Bureau of Prisons in the performance of his official duties. Defendant had been arrested in December 2013 for refusing to leave the office of his federal probation officer. He was subsequently charged with violation of supervised release and sentenced on March 7, 2014 to time served. While awaiting release to a half way house, defendant allegedly assaulting the above-referenced officer of the BOP at the Federal Detention Center in Seatac, Washington .

2. Defendant has a lengthy criminal record, with numerous violations of supervision resulting in sanctions. He has a history of mental health issues includes schizophrenia. He does not contest detention.

3. Defendant poses a risk of nonappearance due to a history of mental health issues, history of substance abuse, and a history of employment. He poses a risk of danger due to the nature of the charges, criminal history, and refusal to take prescribed mental health medication.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

01     counsel;

02  3. On order of the United States or on request of an attorney for the Government, the

03     person in charge of the corrections facility in which defendant is confined shall deliver

04     the defendant to a United States Marshal for the purpose of an appearance in connection

05     with a court proceeding; and

06  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

07     for the defendant, to the United States Marshal, and to the United State Pretrial Services

08     Officer.

09  DATED this 20th day of March, 2014.

           _____
           Mary Alice Theiler
           Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3