| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON SLOAN,<br><br>Defendant. | CASE NO. CR14-95-MJP<br><br>ORDER EXTENDING DUE DATE OF GOVERNMENT'S RESPONSE AND RENOTING MOTION |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Upon the filing of a motion to extend the due date of its response to defendant Aaron Sloan's motion for early termination of supervised release by the United States of America, and having considered the reasons stated in the government's motion and that defense counsel has no objection to an extension, and based on the entirety of the files and records herein, this Court hereby GRANTS the motion and extends the due date of the government's written response to Wednesday, June 27, 2018. This matter is further re-noted for consideration on Friday, June 29, 2018.

Dated this 22nd day of June, 2018.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge