# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON SLOAN, <br><br> Defendant. | CASE NO. CR14-95 MJP <br><br> ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The above-entitled Court, having received and reviewed:

1. Defendant's Motion for Early Termination of Supervised Release in Lieu of Motion to Transfer Jurisdiction (Dkt. No. 33);

2. Government's Response to Motion for Early Termination of Supervised Release (Dkt. No. 35);

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is DENIED.

ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated July 6, 2018.

*[Signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge